# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JOE KELLY ARMSTEAD,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:07-CV-01337-LRH-(PAL)

**ORDER**

    Respondents having submitted a Motion for Enlargement of Time (First Request) (#5), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (First Request) (#5) is **GRANTED**. Respondents shall have through January 22, 2008, to file and serve an answer or other response to the Petition (#1).

    DATED this 7th day of December, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE