# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOE KELLY ARMSTEAD,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:07-CV-01337-LRH-(PAL)

**ORDER**

    Petitioner having submitted a Motion for an Enlargement of Time (#11), and good cause appearing;

    IT IS THEREFORE ORDERED that Petitioner's Motion for an Enlargement of Time (#11) is **GRANTED**. Petitioner shall have through March 31, 2008, to file and serve points and authorities in response to Motion to Dismiss (#7).

    DATED this 20th day of February, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE