# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOE KELLY ARMSTEAD,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:07-cv-01337-LRH-(PAL)

**ORDER**

    Respondents having submitted a Motion for Enlargement of Time (Second Request) (#20), and good cause appearing;

    IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (Second Request) (#20) is **GRANTED**.  Respondents shall have through December 15, 2008, to file and serve an answer or other response to the Petition (#1).

    DATED this 3rd day of November, 2008.

                                                                                                         LARRY R. HICKS  
                                                                                 UNITED STATES DISTRICT JUDGE