# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOE KELLY ARMSTEAD, | No. 10-16324 |
| Petitioner-Appellant, | 2:07-cv-01337-LRH |
| vs. | |
| DWIGHT NEVEN, Warden and, ATTORNEY GENERAL OF THE STATE OF NEVADA, | |
| Defendant-Appellant. | **ORDER** |

Pursuant to the order filed August 30, 2010, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HEREBY ORDERED THAT Assistant Federal Public Defender, John Lambrose is appointed to represent Joe Kelly Armstead for this appeal. Mr. Lambrose's address is 411 E. Bonneville Ave., Suite 250, Las Vegas, NV 89101 and phone number is 702-388-6577.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

DATED this 9th day of September, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE